MR. JUSTICE MATCHETT delivered the opinion of the court.

## Abstract of the Decision.

GARNISHMENT, § 66*—*when garnishee not liable.* Payment of wages in advance by an employer after the service of a garnishment writ does not render him liable in the garnishment proceedings.

---

## Clinton O. Shepherd, Trustee, Plaintiff in Error, v. Abraham L. Weber, Defendant in Error.

### Gen. No. 23,554. (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed May 14, 1918.

### Statement of the Case.

Bill by Clinton O. Shepherd, complainant, against Abraham L. Weber, defendant, setting up that complainant had recovered a judgment by confession against defendant for unpaid instalments of rent; that defendant continued to collect the rent from subtenants and that he was insolvent, and praying for an accounting, an injunction and a receiver. Defendant filed a cross-bill averring a breach in some of the conditions of the lease by complainant and praying damages and a cancellation of the lease. From a decree for defendant on the cross-bill, complainant brings error.

S. L. and FRED LOWENTHAL, for plaintiff in error.

DAVID JETZINGER, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Civilinski v. Meek, 211 Ill. App. 303.

Mr. Justice Matchett delivered the opinion of the court.

## Abstract of the Decision.

Landlord and tenant, § 264*—*what does not constitute constructive eviction.* The furnishing of inadequate janitor and elevator service by the lessor in violation of the terms of the lease does not constitute a constructive eviction, nor give the lessee the right to cancel the lease.

---

## Edward A. Civilinski, by Julia Civilinski, Appellee, v. S. Mason Meek, Appellant.

### Gen. No. 23,564.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918.

### Statement of the Case.

Action by Edward A. Civilinski, by Julia Civilinski, his next friend, plaintiff, against S. Mason Meek, defendant, to recover damages for personal injuries sustained as the result of a defective handrail on a stairway used in connection with premises in which plaintiff lived with his parents under lease from defendant. From a judgment for plaintiff for $350, defendant appeals.

Meek & McDonald, for appellant; Elliot Evans, of counsel.

Jones & Kerner, for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.